**FILED**
Aug 12, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RAMON VARGAS-ALVAREZ JR.<br><br>   Defendant. | CASE NO: 1:21-CR-00204-DAD-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | VARGAS-Alvarez, Ramon | |
| Detained at | Fresno County Jail | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: 8 USC 1326(a) & (b)(1) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: *Laura Withers*
Printed Name & Phone No: Laura D. Withers   559-967-5480
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Aug 12, 2021**

*Stanley A. Boone*
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | VARGAS-Gutierrez, Ramon; | ☒ Male ☐ Female | |
| Booking or CDC #: | 2113911; JID 1425863 | DOB: | 10/25/1983 |
| Facility Address: | 1225 M St. Fresno, CA 93721 | Race: | W/H |
| Facility Phone: | 888-373-7011 | FBI#: | 753821JB1 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)