**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED

SEP 01 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAMON VARGAS-ALVAREZ JR.

Defendant.

CR NO: 1:21-cr-00204-DAD-BAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:  VARGAS-Alvarez, Ramon

Detained at:  Wasco State Prison

Detainee is:  a.)  ☒ charged in this district by:  ☒ Indictment ☐ Information ☐ Complaint
charging detainee with:  8 USC 1326(a) & (b)(1)

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings

or  b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:  /s/ Laura D. Withers
Printed Name & Phone No:  Laura D. Withers       559-967-5480
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be
had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  9/1/21

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | VARGAS, Ramon Jr. | ☒Male ☐Female |
| Booking or CDC #: | BP5027 | DOB: 10/25/1983 |
| Facility Address: | 701 Scofield Ave, Wasco, CA, 93280 | Race: W/H |
| Facility Phone: | 661-758-8400 | FBI#: 753821JB1 |
| Currently | | |

## RETURN OF SERVICE

Executed on:  _____

(signature)