PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>RAMON VARGAS-ALVAREZ, JR.,<br><br>      Defendant. | CASE NO. 1:21-CR-00204-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 11, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 11, 2022.

2. By this stipulation, defendant now moves to continue the status conference until June 22, 2022, and to exclude time between May 11, 2022, and June 22, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

  a) The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendant was recently appointed. He desires additional time to consult with his client, to review the current charges, to conduct investigation and research, to review discovery, and discuss potential resolutions with his client and the government. In

1   particular, counsel for defendant desires to review in person defendant's physical a-file, which

2   remains in the custody of the government.

3         c)   Counsel for defendant believes that failure to grant the above-requested

4   continuance would deny him the reasonable time necessary for effective preparation, taking into

5   account the exercise of due diligence.

6         d)   The government does not object to the continuance.

7         e)   Based on the above-stated findings, the ends of justice served by continuing the

8   case as requested outweigh the interest of the public and the defendant in a trial within the

9   original date prescribed by the Speedy Trial Act.

10         f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of May 11, 2022 to June 22, 2022,

12   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

13   because it results from a continuance granted by the Court at defendant's request on the basis of

14   the Court's finding that the ends of justice served by taking such action outweigh the best interest

15   of the public and the defendant in a speedy trial.

16       4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the

17   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18   must commence.

19       IT IS SO STIPULATED.

20

21

22     Dated:  April 29, 2022                         PHILLIP A. TALBERT
                                              United States Attorney

23

24                                         /s/ ALEXANDRE DEMPSEY
                                     ALEXANDRE DEMPSEY

25                                         Assistant United States Attorney

26   ///

27   ///

28   ///

Dated:  April 29, 2022                              /s/ VICTOR M. CHAVEZ
                                                    VICTOR M. CHAVEZ
                                                    Counsel for Defendant
                                                    RAMON VARGAS-ALVAREZ,
                                                    JR.

## **ORDER**

　　　IT IS SO ORDERED that the status conference is continued from May 11, 2022, to **June 22, 2022,**
**at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§
3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

　　Dated:   **April 29, 2022**                        /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE