PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00204-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RAMON VARGAS-ALVAREZ, JR., | DATE: June 22, 2022 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 22, 2022.

2. By this stipulation, defendant now moves to continue the status conference until July 27, 2022, and to exclude time between June 22, 2022, and July 27, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant was recently appointed. He desires additional time to consult with his client, to review the current charges, to conduct investigation and research, to review discovery, and discuss potential resolutions with his client and the government. In

1  particular, counsel for defendant is investigating additional factual allegations that have recently
2  come to light and may be relevant in this case.

3       c) Counsel for defendant believes that failure to grant the above-requested
4  continuance would deny him the reasonable time necessary for effective preparation, taking into
5  account the exercise of due diligence.

6       d) The government does not object to the continuance.

7       e) Based on the above-stated findings, the ends of justice served by continuing the
8  case as requested outweigh the interest of the public and the defendant in a trial within the
9  original date prescribed by the Speedy Trial Act.

10      f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11 et seq., within which trial must commence, the time period of June 22, 2022 to July 27, 2022,
12 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
13 because it results from a continuance granted by the Court at defendant's request on the basis of
14 the Court's finding that the ends of justice served by taking such action outweigh the best interest
15 of the public and the defendant in a speedy trial.

16    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the
17 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
18 must commence.

19    IT IS SO STIPULATED.

Dated:  June 15, 2022                                                  PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ ALEXANDRE DEMPSEY
                                                       ALEXANDRE DEMPSEY
                                                       Assistant United States Attorney

///
///
///

Dated: June 15, 2022

/s/ VICTOR M. CHAVEZ
VICTOR M. CHAVEZ
Counsel for Defendant
RAMON VARGAS-ALVAREZ, JR.

**ORDER**

IT IS SO ORDERED that the status conference is continued from June 22, 2022, to **July 27, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 15, 2022**           /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE