VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
RAMON VARGAS-ALVAREZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　vs.<br><br>RAMON VARGAS-ALVAREZ, JR.,<br><br>　　　　　*Defendant,* | Case No.  1:21-CR-00204-DAD-BAM<br><br>**AMENDED STIPULATION VACATING STATUS CONFERENCE; EXCLUDING TIME UNDER SPEEDY TRIAL ACT; SETTING CASE FOR CHANGE OF PLEA; AND ORDER**<br><br>DATE:　August 8, 2022<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Barbara McAuliffe |

　　　　IT IS HEREBY STIPULATED by the parties through their respective counsel that the status conference now set for July 27, 2022 at 1:00 p.m. before the Honorable Barbara A. McAuliffe, may be vacated and that this case may be set for change of plea before the Honorable Dale A. Drozd on August 8, 2022 at 9:00 a.m.  The parties further stipulate that the time period from July 27, 2022 to August 8, 2022 is excludable pursuant to section 3161 (h) (D) of the Speedy Trial Act. The parties anticipate that the plea agreement will be filed by July 25, 2022.

　　　　IT IS SO STIPULATED.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: July 18, 2022　　　　　　　　　　　　　*/s/ Victor M. Chavez*
　　　　　　　　　　　　　　　　　　　　　　VICTOR M. CHAVEZ
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Dated:  July 18, 2022　　　　　　　　　　　　/s/ Alexandre Dempsey
　　　　　　　　　　　　　　　　　　　　　　ALEXANDRE DEMPSEY
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED that the status conference set for July 27, 2022, is vacated. A change of plea hearing is set for **August 8, 2022, at 9:00 a.m. before District Judge Dale A. Drozd**. Time is excluded pursuant to 18 U.S.C.§ 3161 (h)(1)(D); (h)(7)(A), B(i).

IT IS SO ORDERED.

Dated: **July 18, 2022**                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

Vargas-Alvarez Stipulation