1  VICTOR M. CHAVEZ, Bar #113752
   Attorney at Law
2  Post Office Box 5965
   Fresno, California 93755
3  Telephone: (559) 824-6293

4  Counsel for Defendant
   RAMON VARGAS ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:21-cr-204-ADA-BAM |
|---|---|
| *Plaintiff,* | **STIPULATION TO RESCHEDULE SENTENCING; ORDER** |
| vs. | |
| RAMON VARGAS ALVAREZ, | DATE:  November 28, 2022 |
| *Defendant,* | TIME:  8:30 a.m.  JUDGE: Hon. Ana de Alba |

IT IS HEREBY STIPULATED by the parties through their respective counsel that the sentencing hearing now set for October 31, 2022, may be rescheduled to November 28, 2022. This stipulation is proposed by the defense to allow additional time to collect needed supporting documents for sentencing and to complete defendant's sentencing memorandum.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  October 24, 2022                    */s/ Victor M. Chavez*
                                            VICTOR M. CHAVEZ
                                            Attorney for Defendant

Dated:  October 24, 2022                    */s/ Alexandre Dempsey*
                                            ALEXANDRE DEMPSEY
                                            Assistant U.S. Attorney for Plaintiff

**ORDER**

For good cause shown, the stipulation of the parties is granted.

IT IS SO ORDERED.

Dated:   October 26, 2022

UNITED STATES DISTRICT JUDGE